157 A.3d 850

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. EDWARD E. DANCY, DEFENDANT–PETITIONER.

December 12, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004928–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

· 157 A.3d 850

IN RE: YOU & ME PRESCHOOL APPLICATION FOR REGULATORY WAIVER. (YOU & ME PRESCHOOL—PETITIONER)

December 12, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000244–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.